# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DEON TURNER, JR., | Case No. 1:19-cv-01620-DAD-BAM (PC) |
| Plaintiff, | ORDER REGARDING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL |
| v. | |
| SALORIO, *et al.*, | (ECF No. 17) |
| Defendants. | |

Plaintiff Steven Deon Turner, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 24, 2020, the Court screened Plaintiff's first amended complaint and issued findings and recommendations to dismiss this action for failure to state a cognizable federal claim for relief. (ECF No. 16.) On April 27, 2020, Plaintiff filed the instant notice of voluntary dismissal.[1] (ECF No. 17.) In his notice, Plaintiff states that wishes to voluntarily dismiss this case. (Id.)

"[U]nder Rule 41(a)(1)(A)(i), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment."

---

[1] The Court notes that Plaintiff's notice of voluntary dismissal is dated April 23, 2020, and therefore it appears Plaintiff's notice and the Court's findings and recommendations would have crossed in the mail.

1

Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quotation and citation omitted). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Id. at 1078.  No defendant has been served in this action and no defendant has filed an answer or motion for summary judgment.

      Accordingly, this action is terminated by operation of law without further order from the Court.  Fed. R. Civ. P. 41(a)(1)(A)(i).  The Clerk of the Court is directed to terminate all pending motions and deadlines, and close this case.

IT IS SO ORDERED.

    Dated:   **April 29, 2020**           /s/ *Barbara A. McAuliffe*          
                                                          UNITED STATES MAGISTRATE JUDGE